IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRYAN HOLT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 06-127-JPG |
| | ) |
| **JUDGE LOCKWOOD,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary review of the complaint. 28 U.S.C. § 1915A. On February 22, 2006, the Court struck the complaint for noncompliance with local and federal rules, granting Plaintiff leave to file a new complaint within 30 days. The Court also directed Plaintiff to file a certified copy of his trust fund account statement to accompany his motion for leave to proceed *in forma pauperis*. Following Plaintiff's failure to respond to or comply with that order in any fashion within the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

| | | |
|---|---|---|
| May 8, 2006 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |